UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SYNGENTA AG MIR162 CORN LITIGATION | MDL No. 2591 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –17)**

On December 11, 2014, the Panel transferred 8 civil action(s) to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, 537 additional action(s) have been transferred to the District of Kansas. With the consent of that court, all such actions have been assigned to the Honorable John W Lungstrum.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Lungstrum.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of December 11, 2014, and, with the consent of that court, assigned to the Honorable John W Lungstrum.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 30, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

| | |
|---|---|
| IN RE: SYNGENTA AG MIR162 CORN LITIGATION | MDL No. 2591 |

### SCHEDULE CTO−17 – TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| MINNESOTA | | | |
| MN | 0 | 15−00629 | C.S.H. Farms Inc. v. Syngenta Corporation et al |
| MN | 0 | 15−00639 | Carlson et al v. Syngenta Corporation et al |
| MN | 0 | 15−00655 | Nehring et al v. Syngenta Corporation et al |
| MN | 0 | 15−00660 | Neill v. Syngenta Corporation et al |
| MN | 0 | 15−00725 | Akers v. Syngenta Corporation et al |
| MN | 0 | 15−00729 | Albrecht v. Syngenta Corporation et al |
| MN | 0 | 15−00732 | Allen et al v. Syngenta Corporation et al |
| MN | 0 | 15−00758 | Haaland v. Syngenta Corporation et al |
| MN | 0 | 15−00797 | Paiaz v. Syngenta Corporation et al |
| MN | 0 | 15−00801 | Birt et al v. Syngenta Corporation et al |
| MN | 0 | 15−00809 | Braun v. Syngenta Corporation et al |
| MN | 0 | 15−00810 | Brehmer v. Syngenta Corporation et al |
| MN | 0 | 15−00811 | Breuker v. Syngenta Corporation et al |
| MN | 0 | 15−00817 | Burdiek v. Syngenta Corporation et al |
| MN | 0 | 15−00818 | Burgod et al v. Syngenta Corporation et al |
| MN | 0 | 15−00819 | Bushong v. Syngenta Corporation et al |
| MN | 0 | 15−00822 | Burgod et al v. Syngenta Corporation et al |
| MN | 0 | 15−00824 | Pedersen v. Syngenta Corporation et al |
| MN | 0 | 15−00828 | Pierce v. Syngenta Corporation et al |
| MN | 0 | 15−00829 | Lacey et al v. Syngenta Corporation et al |
| MN | 0 | 15−00850 | Rauenhorst et al v. Syngenta Corporation et al |
| MN | 0 | 15−00853 | Razor Farms Inc v. Syngenta Corporation et al |
| MN | 0 | 15−00854 | Redman et al v. Syngenta Corporation et al |
| MN | 0 | 15−00855 | Haseloff et al v. Syngenta Corporation et al |
| MN | 0 | 15−00857 | Redmond v. Syngenta Corporation et al |
| MN | 0 | 15−00858 | Reinken v. Syngenta Corporation et al |
| MN | 0 | 15−00859 | Rekin v. Syngenta Corporation et al |
| MN | 0 | 15−00861 | Renken v. Syngenta Corporation et al |
| MN | 0 | 15−00863 | Repedur v. Syngenta Corporation et al |
| MN | 0 | 15−00864 | Richard v. Syngenta Corporation et al |
| MN | 0 | 15−00866 | Ristau et al v. Syngenta Corporation et al |
| MN | 0 | 15−00867 | Robbennolt et al v. Syngenta Corporation et al |

| | | | |
|---|---|---|---|
| MN | 0 | 15–00869 | Robbennolt et al v. Syngenta Corporation et al |
| MN | 0 | 15–00870 | Robbins v. Syngenta Corporation et al |
| MN | 0 | 15–00871 | Roberts v. Syngenta Corporation et al |
| MN | 0 | 15–00873 | Robinson v. Syngenta Corporation et al |
| MN | 0 | 15–00875 | Robinson v. Syngenta Corporation et al |
| MN | 0 | 15–00876 | Rodriguez et al v. Syngenta Corporation et al |
| MN | 0 | 15–00877 | Rosenau et al v. Syngenta Corporation et al |
| MN | 0 | 15–00879 | Rosenau et al v. Syngenta Corporation et al |
| MN | 0 | 15–00880 | Rosenau v. Syngenta Corporation et al |
| MN | 0 | 15–00882 | Rossell v. Syngenta Corporation et al |
| MN | 0 | 15–00883 | Kopriva v. Syngenta Corporation et al |
| MN | 0 | 15–00884 | Roznovak v. Syngenta Corporation et al |
| MN | 0 | 15–00885 | Roznovak v. Syngenta Corporation et al |
| MN | 0 | 15–00886 | Ruchlow v. Syngenta Corporation et al |
| MN | 0 | 15–00887 | Heine v. Syngenta Corporation et al |
| MN | 0 | 15–00890 | Lange et al v. Syngenta Corporation et al |
| MN | 0 | 15–00897 | Heine v. Syngenta Corporation et al |
| MN | 0 | 15–00898 | Hellman et al v. Syngenta Corporation et al |
| MN | 0 | 15–00907 | Holthaus et al v. Syngenta Corporation et al |
| MN | 0 | 15–00908 | Horning et al v. Syngenta Corporation et al |
| MN | 0 | 15–00909 | Rudeen v. Syngenta Corporation et al |
| MN | 0 | 15–00911 | Rudeen v. Syngenta Corporation et al |
| MN | 0 | 15–00912 | Rudeen v. Syngenta Corporation et al |
| MN | 0 | 15–00913 | Horning et al v. Syngenta Corporation et al |
| MN | 0 | 15–00914 | Rudeen v. Syngenta Corporation et al |
| MN | 0 | 15–00917 | Huisman v. Syngenta Corporation et al |
| MN | 0 | 15–00919 | Hybertson v. Syngenta Corporation et al |
| MN | 0 | 15–00920 | Hylen v. Syngenta Corporation et al |
| MN | 0 | 15–00925 | Jepsen et al. v. Syngenta Corporation et al |
| MN | 0 | 15–00926 | Leopold et al v. Syngenta Corporation et al |
| MN | 0 | 15–00927 | Jepsen v. Syngenta Corporation et al |
| MN | 0 | 15–00928 | Lippert v. Syngenta Corporation et al |
| MN | 0 | 15–00929 | Johnke v. Syngenta Corporation et al |
| MN | 0 | 15–00930 | Lueck v. Syngenta Corporation et al |
| MN | 0 | 15–00931 | Johnson v. Syngenta Corporation et al |
| MN | 0 | 15–00933 | Lundgren v. Syngenta Corporation et al |
| MN | 0 | 15–00936 | Lundgren v. Syngenta Corporation et al |
| MN | 0 | 15–00937 | Rudeen v. Syngenta Corporation et al |
| MN | 0 | 15–00938 | Rudeen v. Syngenta Corporation et al |
| MN | 0 | 15–00940 | Ruehlow v. Syngenta Corporation et al |
| MN | 0 | 15–00941 | Ruehlow v. Syngenta Corporation et al |
| MN | 0 | 15–00943 | Rupp v. Syngenta Corporation et al |
| MN | 0 | 15–00944 | Rye v. Syngenta Corporation et al |
| MN | 0 | 15–00945 | Macik v. Syngenta Corporation et al |
| MN | 0 | 15–00947 | Magnuson v. Syngenta Corporation et al |
| MN | 0 | 15–00949 | Mahn v. Syngenta Corporation et al |
| MN | 0 | 15–00960 | Mars et al v. Syngenta Corporation et al |
| MN | 0 | 15–00961 | Mars et al v. Syngenta Corporation et al |

| | | | |
|---|---|---|---|
| MN | 0 | 15–00962 | Marshall v. Syngenta Corporation et al |
| MN | 0 | 15–00963 | Martin v. Syngenta Corporation et al |
| MN | 0 | 15–00964 | Martin v. Syngenta Corporation et al |
| MN | 0 | 15–00965 | Martin v. Syngenta Corporation et al |
| MN | 0 | 15–00966 | Martinek v. Syngenta Corporation et al |
| MN | 0 | 15–00967 | Martinek et al v. Syngenta Corporation et al |
| MN | 0 | 15–00968 | Martinka v. Syngenta Corporation et al |
| MN | 0 | 15–00969 | Mathisen v. Syngenta Corporation et al |
| MN | 0 | 15–00970 | Mathisn v. Syngenta Corporation et al |
| MN | 0 | 15–00971 | Matzen v. Syngenta Corporation et al |
| MN | 0 | 15–00972 | May v. Syngenta Corporation et al |
| MN | 0 | 15–00973 | May v. Syngenta Corporation et al |
| MN | 0 | 15–00974 | Mayer v. Syngenta Corporation et al |
| MN | 0 | 15–00975 | Mayer et al v. Syngenta Corporation et al |
| MN | 0 | 15–00976 | Mayer v. Syngenta Corporation et al |
| MN | 0 | 15–00977 | McElya v. Syngenta Corporation et al |
| MN | 0 | 15–00978 | McGaugh v. Syngenta Corporation et al |
| MN | 0 | 15–00979 | McKay et al v. Syngenta Corporation et al |
| MN | 0 | 15–00981 | McKinney et al v. Syngenta Corporation et al |
| MN | 0 | 15–00982 | McPerhson et al v. Syngenta Corporation et al |
| MN | 0 | 15–00983 | McPherson v. Syngenta Corporation et al |
| MN | 0 | 15–00984 | Mehmen et al v. Syngenta Corporation et al |
| MN | 0 | 15–00985 | Mehmen et al v. Syngenta Corporation et al |
| MN | 0 | 15–00986 | Meier v. Syngenta Corporation et al |
| MN | 0 | 15–00987 | Meier v. Syngenta Corporation et al |
| MN | 0 | 15–00988 | Meiwes v. Syngenta Corporation et al |
| MN | 0 | 15–00989 | Mettler v. Syngenta Corporation et al |
| MN | 0 | 15–00990 | Meyer v. Syngenta Corporation et al |
| MN | 0 | 15–00991 | Milbrath v. Syngenta Corporation et al |
| MN | 0 | 15–00992 | Milbrath v. Syngenta Corporation et al |
| MN | 0 | 15–00993 | Miles et al v. Syngenta Corporation et al |
| MN | 0 | 15–00994 | Miller v. Syngenta Corporation et al |
| MN | 0 | 15–00995 | Mokry v. Syngenta Corporation et al |
| MN | 0 | 15–00996 | Mooney v. Syngenta Corporation et al |
| MN | 0 | 15–00997 | Valerius v. Syngenta Corporation et al |
| MN | 0 | 15–00998 | Mulder v. Syngenta Corporation et al |
| MN | 0 | 15–00999 | Murphy v. Syngenta Corporation et al |
| MN | 0 | 15–01000 | VanderVoort et al v. Syngenta Corporation et al |
| MN | 0 | 15–01001 | Walsh v. Syngenta Corporation et al |
| MN | 0 | 15–01002 | Venture Farms 2 LLC v. Syngenta Corporation et al |
| MN | 0 | 15–01003 | Walsh v. Syngenta Corporation et al |
| MN | 0 | 15–01004 | Vittetoe et al v. Syngenta Corporation et al |
| MN | 0 | 15–01005 | Walsh et al v. Syngenta Corporation et al |
| MN | 0 | 15–01006 | Vogt v. Syngenta Corporation et al |
| MN | 0 | 15–01007 | Ward et al v. Syngenta Corporation et al |
| MN | 0 | 15–01008 | Volk v. Syngenta Corporation et al |
| MN | 0 | 15–01009 | Ward et al v. Syngenta Corporation et al |
| MN | 0 | 15–01010 | Warford v. Syngenta Corporation et al |

| | | | |
|---|---|---|---|
| MN | 0 | 15–01011 | Volk v. Syngenta Corporation et al |
| MN | 0 | 15–01012 | Warford v. Syngenta Corporation et al |
| MN | 0 | 15–01013 | Vos et al v. Syngenta Corporation et al |
| MN | 0 | 15–01014 | Weber et al v. Syngenta Corporation et al |
| MN | 0 | 15–01015 | Weinheimer et al v. Syngenta Corporation et al |
| MN | 0 | 15–01016 | Yagow Farms Inc v. Syngenta Corporation et al |
| MN | 0 | 15–01017 | Weinheimer et al v. Syngenta Corporation et al |
| MN | 0 | 15–01018 | Yagow v. Syngenta Corporation et al |
| MN | 0 | 15–01019 | Weinheimer et al v. Syngenta Corporation et al |
| MN | 0 | 15–01020 | Werner et al v. Syngenta Corporation et al |
| MN | 0 | 15–01021 | Zerface v. Syngenta Corporation et al |
| MN | 0 | 15–01022 | Werner v. Syngenta Corporation et al |
| MN | 0 | 15–01023 | Westergard v. Syngenta Corporation et al |
| MN | 0 | 15–01024 | Zetocha v. Syngenta Corporation et al |
| MN | 0 | 15–01025 | White v. Syngenta Corporation et al |
| MN | 0 | 15–01026 | Zieschang v. Syngenta Corporation et al |
| MN | 0 | 15–01027 | Whitt et al v. Syngenta Corporation et al |
| MN | 0 | 15–01028 | Wiese v. Syngenta Corporation et al |
| MN | 0 | 15–01029 | Zieschang v. Syngenta Corporation et al |
| MN | 0 | 15–01030 | Wildharber v. Syngenta Corporation et al |
| MN | 0 | 15–01031 | Zipf v. Syngenta Corporation et al |
| MN | 0 | 15–01032 | Wilford Kaufman Farms, Inc. v. Syngenta Corporation et al |
| MN | 0 | 15–01034 | Willett v. Syngenta Corporation et al |
| MN | 0 | 15–01035 | Zoellner v. Syngenta Corporation et al |
| MN | 0 | 15–01036 | Zwie Schwesters, Inc. v. Syngenta Corporation et al |
| MN | 0 | 15–01037 | Willett et al v. Syngenta Corporation et al |
| MN | 0 | 15–01038 | Williams et al v. Syngenta Corporation et al |
| MN | 0 | 15–01039 | Wilson v. Syngenta Corporation et al |
| MN | 0 | 15–01040 | Wilson v. Syngenta Corporation et al |
| MN | 0 | 15–01041 | Winkler v. Syngenta Corporation et al |
| MN | 0 | 15–01042 | Winkler v. Syngenta Corporation et al |
| MN | 0 | 15–01043 | Woltman v. Syngenta Corporation et al |
| MN | 0 | 15–01044 | Wurm v. Syngenta Corporation et al |
| MN | 0 | 15–01045 | Wurm et al v. Syngenta Corporation et al |
| MN | 0 | 15–01046 | Wurm v. Syngenta Corporation et al |
| MN | 0 | 15–01047 | Wurm v. Syngenta Corporation et al |
| MN | 0 | 15–01049 | Salz v. Syngenta Corporation et al |
| MN | 0 | 15–01050 | Slinden v. Syngenta Corporation et al |
| MN | 0 | 15–01051 | Schaller et al v. Syngenta Corporation et al |
| MN | 0 | 15–01052 | Slinden v. Syngenta Corporation et al |
| MN | 0 | 15–01053 | Schauer et al v. Syngenta Corporation et al |
| MN | 0 | 15–01054 | Slinden v. Syngenta Corporation et al |
| MN | 0 | 15–01055 | Slota v. Syngenta Corporation et al |
| MN | 0 | 15–01056 | Smiga v. Syngenta Corporation et al |
| MN | 0 | 15–01057 | Schaunamar et al v. Syngenta Corporation et al |
| MN | 0 | 15–01058 | Terhark v. Syngenta Corporation et al |
| MN | 0 | 15–01059 | Smith v. Syngenta Corporation et al |
| MN | 0 | 15–01060 | Spitler v. Syngenta Corporation et al |

| | | | |
|---|---|---|---|
| MN | 0 | 15–01061 | Schmidt et al v. Syngenta Corporation et al |
| MN | 0 | 15–01062 | Stabeno v. Syngenta Corporation et al |
| MN | 0 | 15–01063 | Terveen et al v. Syngenta Corporation et al |
| MN | 0 | 15–01064 | Stamer et al v. Syngenta Corporation et al |
| MN | 0 | 15–01065 | Schmidt et al v. Syngenta Corporation et al |
| MN | 0 | 15–01066 | Stansberry v. Syngenta Corporation et al |
| MN | 0 | 15–01067 | Tewes v. Syngenta Corporation et al |
| MN | 0 | 15–01068 | Schramm v. Syngenta Corporation et al |
| MN | 0 | 15–01069 | Stefek v. Syngenta Corporation et al |
| MN | 0 | 15–01071 | Schramm v. Syngenta Corporation et al |
| MN | 0 | 15–01072 | Pumpkin Patch, LLP, The v. Syngenta Corporation et al |
| MN | 0 | 15–01073 | Stenberg v. Syngenta Corporation et al |
| MN | 0 | 15–01074 | Stensaas v. Syngenta Corporation et al |
| MN | 0 | 15–01075 | Schroedter et al v. Syngenta Corporation et al |
| MN | 0 | 15–01076 | Stensaas v. Syngenta Corporation et al |
| MN | 0 | 15–01077 | Thompson v. Syngenta Corporation et al |
| MN | 0 | 15–01078 | Schulz et al v. Syngenta Corporation et al |
| MN | 0 | 15–01079 | Stewart et al v. Syngenta Corporation et al |
| MN | 0 | 15–01080 | Thompson et al v. Syngenta Corporation et al |
| MN | 0 | 15–01081 | Stolte v. Syngenta Corporation et al |
| MN | 0 | 15–01082 | Schumacher v. Syngenta Corporation et al |
| MN | 0 | 15–01083 | Strand et al v. Syngenta Corporation et al |
| MN | 0 | 15–01084 | Timm et al v. Syngenta Corporation et al |
| MN | 0 | 15–01085 | Schunam Farms Inc. v. Syngenta Corporation et al |
| MN | 0 | 15–01086 | Strand v. Syngenta Corporation et al |
| MN | 0 | 15–01087 | Toll v. Syngenta Corporation et al |
| MN | 0 | 15–01088 | Strand v. Syngenta Corporation et al |
| MN | 0 | 15–01089 | Schwettman et al v. Syngenta Corporation et al |
| MN | 0 | 15–01090 | Strauss v. Syngenta Corporation et al |
| MN | 0 | 15–01091 | Toohey v. Syngenta Corporation et al |
| MN | 0 | 15–01092 | Sears Farm et al v. Syngenta Corporation et al |
| MN | 0 | 15–01093 | Stromberg v. Syngenta Corporation et al |
| MN | 0 | 15–01094 | Stroschein et al v. Syngenta Corporation et al |
| MN | 0 | 15–01095 | Sees v. Syngenta Corporation et al |
| MN | 0 | 15–01096 | Toohey v. Syngenta Corporation et al |
| MN | 0 | 15–01097 | Kohls v. Syngenta Corporation et al |
| MN | 0 | 15–01098 | Seggern et al v. Syngenta Corporation et al |
| MN | 0 | 15–01099 | Sullivan et al v. Syngenta Corporation et al |
| MN | 0 | 15–01100 | Toohey et al v. Syngenta Corporation et al |
| MN | 0 | 15–01101 | Swart v. Syngenta Corporation et al |
| MN | 0 | 15–01102 | Sell v. Syngenta Corporation et al |
| MN | 0 | 15–01103 | Sylliaasen v. Syngenta Corporation et al |
| MN | 0 | 15–01105 | Sell et al v. Syngenta Corporation et al |
| MN | 0 | 15–01106 | Topp v. Syngenta Corporation et al |
| MN | 0 | 15–01107 | Shirocky v. Syngenta Corporation et al |
| MN | 0 | 15–01108 | Townsend v. Syngenta Corporation et al |
| MN | 0 | 15–01109 | Shirocky v. Syngenta Corporation et al |
| MN | 0 | 15–01110 | Townsend v. Syngenta Corporation et al |

| | | | |
|---|---|---|---|
| MN | 0 | 15–01111 | Shockman et al v. Syngenta Corporation et al |
| MN | 0 | 15–01112 | Townsend v. Syngenta Corporation et al |
| MN | 0 | 15–01113 | Simmons v. Syngenta Corporation et al |
| MN | 0 | 15–01114 | Traub et al v. Syngenta Corporation et al |
| MN | 0 | 15–01115 | Simons v. Syngenta Corporation et al |
| MN | 0 | 15–01116 | Traub v. Syngenta Corporation et al |
| MN | 0 | 15–01117 | Simpson v. Syngenta Corporation et al |
| MN | 0 | 15–01118 | Traub et al v. Syngenta Corporation et al |
| MN | 0 | 15–01119 | Skove v. Syngenta Corporation et al |
| MN | 0 | 15–01120 | Triebold et al v. Syngenta Corporation et al |
| MN | 0 | 15–01121 | Tuschen v. Syngenta Corporation et al |
| MN | 0 | 15–01122 | Twedt v. Syngenta Corporation et al |
| MN | 0 | 15–01123 | Tweed v. Syngenta Corporation et al |
| MN | 0 | 15–01125 | Kowalski Family Farms Inc. v. Syngenta Corporation et al |
| MN | 0 | 15–01126 | Kramer v. Syngenta Corporation et al |
| MN | 0 | 15–01127 | Kuchta v. Syngenta Corporation et al |
| MN | 0 | 15–01128 | Krauss v. Syngenta Corporation et al |
| MN | 0 | 15–01129 | Krauss et al v. Syngenta Corporation et al |
| MN | 0 | 15–01130 | Krueger v. Syngenta Corporation et al |
| MN | 0 | 15–01131 | Kuhl v. Syngenta Corporation et al |
| MN | 0 | 15–01132 | Krueger v. Syngenta Corporation et al |
| MN | 0 | 15–01133 | Kotrlo v. Syngenta Corporation et al |
| MN | 0 | 15–01134 | Krueger v. Syngenta Corporation et al |
| MN | 0 | 15–01135 | Kubesh v. Syngenta Corporation et al |
| MN | 0 | 15–01136 | Kubesh et al v. Syngenta Corporation et al |
| MN | 0 | 15–01137 | Kolander v. Syngenta Corporation et al |
| MN | 0 | 15–01138 | Kulak v. Syngenta Corporation et al |
| MN | 0 | 15–01139 | Kubly v. Syngenta Corporation et al |
| MN | 0 | 15–01140 | Kubly v. Syngenta Corporation et al |
| MN | 0 | 15–01152 | Mathis v. Syngenta Corporation et al |
| MN | 0 | 15–01156 | Niehues et al v. Syngenta Corporation et al |
| MN | 0 | 15–01157 | Kahler et al v. Syngenta Corporation et al |
| MN | 0 | 15–01158 | Kalis v. Syngenta Corporation et al |
| MN | 0 | 15–01159 | Kaping et al v. Syngenta Corporation et al |
| MN | 0 | 15–01160 | Kayser et al v. Syngenta Corporation et al |
| MN | 0 | 15–01161 | Ketteler v. Syngenta Corporation et al |
| MN | 0 | 15–01162 | Kiesel v. Syngenta Corporation et al |
| MN | 0 | 15–01163 | Killoran v. Syngenta Corporation et al |
| MN | 0 | 15–01164 | Knadler v. Syngenta Corporation et al |
| MN | 0 | 15–01165 | Knaub Inc. v. Syngenta Corporation et al |
| MN | 0 | 15–01166 | Killoran et al v. Syngenta Corporation et al |
| MN | 0 | 15–01167 | Knadler v. Syngenta Corporation et al |
| MN | 0 | 15–01168 | Knadler v. Syngenta Corporation et al |
| MN | 0 | 15–01169 | Kohlhaas v. Syngenta Corporation et al |
| MN | 0 | 15–01170 | Kohls et al v. Syngenta Corporation et al |
| MN | 0 | 15–01171 | Kohls v. Syngenta Corporation et al |
| MN | 0 | 15–01192 | Sullivan v. Syngenta Corporation et al |
| MN | 0 | 15–01498 | Lambert v. Syngenta Corporation et al |